```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**CARL A. JOHNSON,**

        **Plaintiff,**

  vs.                                      Civil Action 2:14-cv-2794
                                                Judge Frost
                                                Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

On September 10, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner of Social Security be affirmed and that this action be dismissed. *Report and Recommendation*, ECF No. 21. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF No. 21, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is A**FFIRMED**. This action is hereby **DIMSISSED.**

The Clerk is **DIRECTED** to enter final judgment pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                            /s/   GREGORY L. FROST
                                                                Gregory L. Frost
                                                     United States District Judge